**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

SOLAIMAN WALIMUMINUN

      Plaintiff,

v.                                                        CASE NO.  4:14cv360-RH/CAS

CHARLES CREEL, Wakulla County
Sheriff et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10.  No objections have been filed.

The clerk mailed a copy of the report and recommendation to the plaintiff at the address the plaintiff listed on the complaint.  The Postal Service returned the copy as undeliverable.  The plaintiff may not still be in custody and may have lost interest in the case.  In any event, the report and recommendation correctly concludes that the case should be dismissed without prejudice based on the plaintiff's failure to comply with orders.  Accordingly,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on October 4, 2014.

s/Robert L. Hinkle
United States District Judge